IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-355 |
| DEREK HILLEBRAND ) <br> GEORGE CHARLAN ) <br> YUSUF ADEKUNLE ) <br> MARCO ARMENTA ) <br> SILVIA AYALA ) <br> FRANCISCO BARBA ) <br> AMY BORTOT ) <br> BRANDON CODER ) <br> TERRENCE DOUGHERTY ) <br> DARREN DOUGLAS ) <br> MARCO GALVEZ ) <br> CHAD GASBARRE ) <br> DANIELLE GILLAM ) <br> KENNETH GILLAM ) <br> MORGAN GREGORY ) <br> DARRYL ISAACS ) <br> KRISTY LEPIONKA ) <br> CHRISTIAN MALDONADO ) <br> LISANDRA MALDONADO ) <br> ABEL PEREZ ) <br> JEFFREY PETERS ) <br> MEGAN PYNE ) <br> ARMANDO RAZO JR. ) <br> a/k/a ARMADO RAZO JR. ) <br> CHRISTOPHER ROBERTSON ) <br> BRENTON RYANS ) <br> RYAN SCHOENING ) <br> BRENT SHAFFER ) <br> CHRISTINA SHAFFER ) <br> MELVIN SHELANDER ) <br> DARNELL SMITH ) <br> TAYLOR THOMAS ) <br> JUAN VILLAGRAN ) <br> JOSE VILLALOBOS ) <br> JAMES WHITE ) <br> JAMES WILLIAMS JR. ) <br> TRAVIS WILLIAMS ) <br> JUSTIN ZERUTH ) | |

ORDER

AND NOW, to wit, this 31st day of August, 2021, upon consideration of the Motion to Unseal indictment and Arrest Warrants, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the Arrest Warrants issued pursuant to said Indictment are hereby UNSEALED.

_____
LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE

cc:    United States Attorney