IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs<br><br>AMY BORTOT,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Criminal No: 2:21-CR-00355-7-CCW<br>)<br>) |

## ORDER APPOINTING COUNSEL

The Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive his/her right to the appointment of counsel, attorney RYAN R. SMITH is appointed as counsel for defendant AMY BORTOT pursuant to provisions on the Criminal Justice Act, 18 U.S.C §3006A.

This appointment is effective the 31st day of August, 2021.

_____
Lisa P. Lenihan
United States Magistrate Judge

8/31/2021