IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

AMY BORTOT

Criminal No. 21-355

[UNDER SEAL]

## ARRAIGNMENT PLEA

Defendant AMY BORTOT being arraigned, pleads _Not Gailty_ in open Court this _31st_ day of _August_, 20 _21_

_Amy Bortot_
(Defendant's Signature)

_Tom Smith_
(Attorney for Defendant)