IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-355 |
| | ) | |
| DEREK HILLEBRAND, ET. AL | ) | |

<u>NOTICE REGARDING GOVERNMENT'S MOTIONS TO REVOKE RELEASE ORDERS</u>

AND NOW come the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Jonathan D. Lusty, Assistant United States Attorney for said District, and respectfully files the following notice:

1. George Charlan was arrested on August 31, 2021 in the District of Oregon.

2. On September 1, 2021, Magistrate Judge Mark D. Clarke in the District of Oregon held a detention hearing. Following the hearing, Magistrate Judge Clarke ordered that Charlan be released pending trial.

3. The government filed a motion to stay/revoke the release order (Doc. No. 234), and this Court granted that motion on September 2, 2021 (Doc. No. 235).

4. Christian Maldonado was arrested on August 31, 2021 in the Eastern District of California.

5. On September 2, 2021, Magistrate Judge Carolyn K. Delaney in the Eastern District of California held a detention hearing. Following the hearing, Magistrate Judge Delaney ordered that Maldonado be released pending trial.

6. The government filed a motion to stay/revoke the release order (Doc. No. 272), and this Court granted that motion on September 3, 2021 (Doc. No. 274).

7. Juan Villagran was arrested on August 31, 2021 in the Eastern District of California.

8. On September 7, 2021, Magistrate Judge Allison Claire in the Eastern District of California held a detention hearing. Following the hearing, Magistrate Judge Claire ordered that Villagran be released pending trial.

9. The government filed a motion to stay/revoke the release order (Doc. No. 304), and this Court granted that motion on September 8, 2021 (Doc. No. 311).

10. On September 24, 2021, this Court ordered the government to file a notice on the docket on or before October 1, 2021 (1) confirming that there are no additional Defendants arrested in other districts for whom the United States has challenged release orders, or identifying any additional such Defendants; (2) for each Defendant for whom the United States has challenged release, confirm whether or not that Defendant had a detention hearing in his or her arresting district (Doc. No. 408).

11. By filing this notice, the government confirms that there are no additional Defendants arrested in other districts for whom the United States has challenged release orders.

12. Further, the government confirms that all three of the defendants – George Charlan, Christian Maldonado, and Juan Villagran – had a detention hearing in their respective arresting districts.

13. The government is in the process of obtaining transcripts of the three hearings and will file those transcripts on the docket on or before October 15, 2021.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

/s/ *Jonathan D. Lusty*
JONATHAN D. LUSTY
Assistant U.S. Attorney
PA ID No. 311180