IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 21-355 |
| | ) |
| AMY BORTOT | ) |

## RECEIPT FOR LOCAL CRIMINAL RULE 16.1 MATERIAL

The following materials are provided to you pursuant to Rule 16 of the Local Rules of Court for the United States District Court for the Western District of Pennsylvania. Please consider this the request of the United States for the disclosure of the materials and items that should be disclosed to the United States under Federal Rule of Criminal Procedure 16 and any other applicable reciprocal disclosure rule.

1. Relevant written or recorded statements or confessions of the defendant. Specify:
   - **Report of interview not yet completed – will be turned over once complete**

2. Grand Jury testimony of the defendant, if any, not included.
   - **None**

3. Defendant's prior criminal record, if any, included.
   - **Amy BORTOT (drivers license and criminal record)**

4. At a time convenient to all parties, the attorney for the defendant will be permitted to review and/or copy all tangible objects, books, papers, documents, buildings, or places that are in the possession, custody, or control of the United States and (a) are material to preparation of the defendant's defense, (b) are intended for use by the United States as evidence in its case-in-chief at trial, or (c) were obtained from or belong to the defendant.
   - **Please contact the assigned prosecutor to discuss copying and/or reviewing any item or data that is referenced in the material that is being provided with this receipt.**

5. Reports of relevant physical or mental examinations and scientific tests. Specify:
   - **None included**

6. As set forth in applicable case authority, counsel for the United States recognizes his/her obligation to seek all evidence favorable to the defendant that is known to the others acting on behalf of the United States in this case, and will timely disclose known, material, favorable evidence in a manner that accords due process to the

1

defendant. The following exculpatory material is being disclosed at this time:
- None

7. Additional documents provided:
   - **TIII Disclosure Orders**
   - **Line sheets**
     - TT1 470-330-0246 (Hillebrand)
     - TT2 814-590-6231 & 347-263-2566 (Hillebrand)
     - TT3 617-352-9880 (Hillebrand)
     - TT4 209-401-5074 (Charlan)
     - TT5 814-232-5100 (Adekunle)
     - TT6 814-661-0321 (Schoening)
     - TT7 209-641-2752 (Maldonado)
     - TT8 412-216-0999 (Charlan)
     - TT10 209-688-5707 (Armenta)
     - TT11 209-405-0278 (Razo)
     - TT12 209-949-0367 (Razo)
     - TT13 209-641-1624 (Villagran)
     - TT14 209-662-9719 (Villagran)
     - TT15 707-559-0482 (Villagran)
     - TT16 209-981-5148 (Villagran)

   - **PEN Applications, Orders, and Service Orders**
     - PRTT - AT&T 209-401-0595 (UI0595) (21-739, 21-739(a), 21-739(b))
     - PRTT - AT&T 209-641-1624 VILLAGRAN (21-1167)
     - PRTT - AT&T 209-641-2752 (MALDONADO) TT7 (21-182, 21-737, 21-737(a), 21-737(b))
     - PRTT - AT&T 209-981-5148 (VILLAGRAN) (21-1554)
     - PRTT - AT&T 209-981-5181 (BARBA) (20-2066, 20-2066(a), 20-2066(b))
     - PRTT - AT&T 727-295-8574 (HILLEBRAND) (21-738, 21-738(a))
     - PRTT - AT&T 956-429-6010 (ZAMUDIO) (21-806, 21-806(a))
     - PRTT - Sprint 267-469-7252 (ADENKUNLE) (20-1932, 20-1932(a))
     - PRTT - Sprint 814-661-9144 (HILLEBRAND) (20-1933)
     - PRTT - Sprint 814-699-2932 (HILLEBRAND) NORMAL (20-1934, 20-1934(a), 20-1934(b), 20-1934(c)
     - PRTT - T-Mobile 209-277-4531 (RAZO) TT9 (21-262, 21-262(a))
     - PRTT - T-Mobile 209-688-5707 (UM5707) TT10 (21-740)
     - PRTT - T-Mobile 209-949-0367 (RAZO) (21-955, 21-955(a), 21-955(b))
     - PRTT - T-Mobile 323-946-2498 (UI2498) (21-475)

2

- o PRTT - T-Mobile 412-230-7647 (DAWKINS) (20-2067, 20-2067(a)
- o PRTT - T-Mobile 412-773-9582 (SMITH) (20-2068, 20-2068(a))
- o PRTT - T-Mobile 650-501-4167 (UI4167) (21-1219)
- o PRTT - TracFone 209-401-5074 (STATHAM) TT4 (20-2341)
- o PRTT - TracFone 424-666-9487 (ROGAN) (20-2069)
- o PRTT - TracFone 470-330-0246 (HILLEBRAND) TT1 (20-2070, 20-2070(a))
- o PRTT - Tracfone 707-559-0482 (Villagran) TT15 (21-1325)
- o PRTT - Verizon 412-525-6886 (CHARLAN) (21-1508)
- o PRTT - Verizon 209-401-5074 (STATHAM) TT4 (20-2402)
- o PRTT - Verizon 209-405-0278 (RAZO) TT11 (21-816) (21-816(a))
- o PRTT - Verizon 209-662-9719 (Villagran) (21-1168)
- o PRTT - Verizon 209-990-6553 (GARCIA) (20-1935)
- o PRTT - Verizon 412-216-0999 (CHARLAN) TT8 (21-378, 21-1043)
- o PRTT - Verizon 617-352-9880 (HILLEBRAND) TT3 (20-2415)
- o PRTT - Verizon 814-232-5100 (YUSUF) TT5 (21-0002)
- o PRTT - Verizon 814-503-2876 (HILLEBRAND) (20-1936, 20-1936(a))
- o PRTT - Verizon 814-590-3079 (HILLEBRAND) (20-1937)
- o PRTT - Verizon 814-590-6231 (HILLEBRAND) TT2 (20-2228, 21-68, 21-68(a))
- o PRTT - Verizon 814-600-9913 (CHARLAN) (21-1333)
- o PRTT - Verizon 814-661-0321 (SCHOENING) TT6 (21-0003)
- o PRTT - Verizon 814-661-0666 (ADENKUNLE) (20-1938, 20-1938(a))
- o PRTT - Verizon 814-771-3873 (CHARLAN) (21-367)
- o PRTT AT&T 209-401-0595 (UM-VILLALOBOS) (21-1643)
- o PRTT AT&T 209-641-2752 (MALDONADO) (21-1644)
- o PRTT AT&T 209-981-5181 (BARBA) (21-1645)
- o PRTT T-Mobile 209-494-4240 (PEREZ) (21-1646)
- o PRTT Verizon 209-687-2869 (CHARLAN) (21-1647)

- **PING Signed Warrants, Provider Warrants, and Affidavits**
    - o 20-202 (Christian Maldonado 209-641-2752)
    - o 20-479 (323-946-2498)
    - o 20-2174 (Barba 209-981-5181)
    - o PING – ARMENTA (21-1753 and 21-1754)
    - o PING – DOUGHERTY (21-880)
    - o PING – HILLEBRAND (20-2081)
    - o Ping - Hillebrand and Adekunle (21-1730 and 21-1731)
    - o Ping – SMITH (20-2082 and 2082(a))
    - o Ping – Takedown (21-1623, 21-1624, 21-1625)

3

- o PING - UM1624 (21-1171)
- o PING - UM2120 (21-1451)
- o PING - UM4531 (21-414)
- o PING - UM5074 (21-133)
- o Ping – Zamudio (21-857)

- **SEARCH WARRANTS (Affidavit and Warrant**
    - o 2238 Belsena Road Parcel (20-1880)
    - o CA Takedown Warrant (21sw0687, 21sw0685, 21sw0686)
    - o Darnell Smith Parcel SWs (21-2181, 20-218/2, 21-2183, 21-2184)
    - o Dougherty Parcel SW (21-881)
    - o Hillebrand Parcel Warrant (21-540)
    - o HSI Money Warrant (21-1113)
    - o Oregon Warrant (21-MC-948)
    - o PA Takedown Spinoff Warrants (21-1787, 21-1788, 21-1789)
    - o PA Takedown Warrants (21-1765, 21-1766, 21-1767, 21-1768, 21-1769, 21-1770, 21-1771, 21-1772, 21-1773)
    - o Reno Parcel Warrant (21-1430)

- **TIII Packets**
    - o Affidavit (TT1, TT2)
    - o Affidavit 2 (TT3)
    - o Affidavit 3 (TT2, TT4, TT5, TT6)
    - o Affidavit 4 (TT4, TT7, TT8)
    - o Affidavit 5 (TT8, TT9)
    - o Affidavit 6 (TT10, TT11)
    - o Affidavit 7 (TT10, TT12)
    - o Affidavit 8 (TT10, TT13, TT14, TT15)
    - o Affidavit 9 (TT10, TT13, TT14, TT16)

- **USB Drive containing TIII Interceptions**
    - o TT1 470-330-0246
    - o TT2 814-590-6231 347-263-2566
    - o TT3 617-352-9880
    - o TT4 209-401-5074
    - o TT5 814-232-5100
    - o TT6 814-661-0321
    - o TT7 209-641-2752
    - o TT8 412-216-0999
    - o TT9 209-277-4531
    - o TT10 209-688-5707
    - o TT11 209-405-0278
    - o TT12 209-949-0367
    - o TT13 209-641-1624
    - o TT14 209-662-9719

- TT15 707-559-0482
- TT16 209-981-5148

Respectfully submitted,

STEPHEN R. KAUFMAN
ACTING UNITED STATES ATTORNEY

*s/ Jonathan D. Lusty*
Assistant U.S. Attorney

9/16/2021
Date

Receipt acknowledged by:

_____
Counsel for Defendant

11/3/21
Date